**Order entered July 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00454-CV

**SHAHRAM MOTLAGH D/B/A UNITED AUTO FINANCE GROUP, Appellant**

**V.**

**AUCTION CREDIT ENTERPRISES, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01381**

## ORDER

Before the Court is the July 18, 2019 agreed motion of Guillermo Ramos, W. Dean Cook, and the Ramos Law Firm to withdraw as counsel for appellant. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to remove Mr. Ramos, Mr. Cook, and the Ramos Law Firm as counsel for appellant.

Appellant is now representing himself in this appeal. His contact information is:

3765 Musketeer Drive
Frisco, Texas 75034

shahramlm@hotmail.com.

Appellant's brief on the merits is due August 14, 2019.

        /s/     KEN MOLBERG
                  JUSTICE